FILED
2012 JUL 11 PM 5:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2011 Grand Jury

CR 12-00649

| UNITED STATES OF AMERICA, | ED CR No. 12- |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearm and Ammunition] |
| ERIC MORENO NAVARRO and AURELIO PATINO, | |
| Defendants. | UNDER SEAL |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about June 5, 2012, in Riverside County, within the Central District of California, defendant AURELIO PATINO ("PATINO") knowingly possessed a firearm, namely, an SKS rifle, serial number 3179032, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PATINO had been convicted of the following felony, punishable by a term of

imprisonment exceeding one year: vehicular manslaughter, in violation of California Penal Code Section 192(c)(3), in the Superior Court of the State of California, County of Riverside, case number RIF129332, on or about October 11, 2007.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about June 5, 2012, in Riverside County, within the Central District of California, defendant ERIC MORENO NAVARRO ("NAVARRO") knowingly possessed a firearm, namely, an SKS rifle, serial number 3179032, in and affecting interstate and foreign commerce.

Such possession occurred after defendant NAVARRO had been convicted of at least one of the following felonies, punishable by a term of imprisonment exceeding one year:

(1) willful discharge of a firearm with gross negligence, in violation of California Penal Code Section 246.3, in the Superior Court of the State of California, County of Los Angeles, case number CITKA08830801, on or about March 23, 2010;

(2) second degree burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Riverside, case number RIF143134, on or about July 28, 2008;

(3) possession of a stolen vehicle, in violation of California Penal Code Section 496d(a), in the Superior Court of the State of California, County of Los Angeles, case number XSEVA10531901, on or about April, 22, 2008;

(4) vehicle theft, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF140731, on or about January 14, 2008;

(5) vehicle theft, in violation of California Vehicle Code

Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF140674, on or about January 14, 2008;

    (6)  receiving stolen property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Riverside, case number RIF139785, on or about November 5, 2007;

    (7)  vehicle theft, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF131877, on or about August 28, 2006.

# COUNT THREE

[18 U.S.C. § 922(g)(1)]

On or about June 5, 2012, in Riverside County, within the Central District of California, defendant ERIC MORENO NAVARRO ("NAVARRO") knowingly possessed a firearm and ammunition, namely, one silver North American Arms .22 caliber revolver, serial number V36573, and nine .22 long rifle caliber rounds, in and affecting interstate and foreign commerce.

Such possession occurred after defendant NAVARRO had been convicted of at least one of the following felonies, punishable by a term of imprisonment exceeding one year:

(1) willful discharge of a firearm with gross negligence, in violation of California Penal Code Section 246.3, in the Superior Court of the State of California, County of Los Angeles, case number CITKA08830801, on or about March 23, 2010;

(2) second degree burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Riverside, case number RIF143134, on or about July 28, 2008;

(3) possession of a stolen vehicle, in violation of California Penal Code Section 496d(a), in the Superior Court of the State of California, County of Los Angeles, case number XSEVA10531901, on or about April, 22, 2008;

(4) vehicle theft, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF140731, on or about January 14, 2008;

(5) vehicle theft, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF140674, on or about January 14, 2008;

(6) receiving stolen property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Riverside, case number RIF139785, on or about November 5, 2007;

(7) vehicle theft, in violation of California Vehicle Code Section 10851, in the Superior Court of the State of California, County of Riverside, case number RIF131877, on or about August 28, 2006.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]* For

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant United States Attorney
Riverside Branch Office